# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**HOWARD COHAN,**

    **Plaintiff,**

v.                                                 **Case No: 6:22-cv-322-PGB-GJK**

**STERLING RESTAURANTS, LLC,**

    **Defendant.**
_____/

## ORDER

This cause is before the Court on the parties' Joint Notice of Settlement and Stipulation of Dismissal With Prejudice, filed May 12, 2022 (Doc. 16). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Sterling Restaurants, LLC are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on May 16, 2022.

*[Signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties